# Lifter *v.* The Earle Company.

*Practice, Supreme Court—Equity—Interlocutory orders—Order on receiver to pay rent—Appeals.*

The refusal of the court to order the receivers of a corporation to pay rent in arrear and rent as it should accrue under the terms of a lease of premises occupied by the receivers is interlocutory

and an appeal therefrom will be quashed without prejudice to the right of the landlord to present his claim for rent as a preferred claim upon the distribution of the fund in the hands of the receivers.

Argued April 1, 1918. Appeal, No. 76, Jan. T., 1918, by Samuel Sternberger, from decree of C. P. No. 3, Philadelphia Co., Dec. T., 1917, No. 3329, refusing order upon receivers for the payment of rent in case of Joseph J. Lifter, trading as Lifter Ice Cream Company, v. The Earle Company. Before BROWN, C. J., POTTER, STEWART, MOSCHZISKER and FRAZER, JJ. Affirmed.

Bill in equity for the appointment of a receiver. Before McMICHAEL, P. J.

Petition for order upon receivers of a corporation to pay rent of premises occupied by the receiver.

From the record it appeared that the receivers were appointed for the Earle Company on January 18, 1918; that they continued to occupy the premises 1019-21 Market street, in the City of Philadelphia, under a lease from Samuel Sternberger to the Earle Company and that the rent due January 1, 1918, and thereafter was unpaid. Petitioner prayed for an order on the receivers for the payment of rent in arrear and for the further payment of rent as it should accrue under the terms of the lease.

The court refused the petition. Samuel Sternberger appealed.

*Error assigned* was the decree of the court.

*George P. Rich,* for appellant.

*Morris Wolf,* with him *Gordon A. Black* and *Horace Stern,* for appellee.

PER CURIAM, June 3, 1918:

The decree in this case was interlocutory, and the ap-

peal from it is, therefore, quashed, at appellant's costs, without prejudice to his right to present his claim for rent as a preferred one upon distribution of the funds in the hands of the receiver.